IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLIFFORD SCHUETT,

     Plaintiff,                                   ORDER

   v.

                                      Case No.  14-cv-637-wmc

ATTORNEY GENERAL
AND HUMAN RESOURCES DEPT. DIRECTOR,

     Defendants.

Plaintiff Clifford Schuett, an inmate at Nevada Southern Detention Center in Pahrump, Nevada, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff requests leave to proceed without prepayment of the filing fee. To the extent plaintiff wishes to proceed without prepaying the filing fee, because he is incarcerated, he must comply with the Prisoner Litigation Reform Act (PLRA), which requires plaintiff to submit a certified copy of his inmate account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). Although, plaintiff submitted an account statement from 1/1/2014 to 9/11/2014, the account statement is not certified.

For this case to proceed, plaintiff must submit a certified account statement no later than October 13, 2014. If plaintiff is found to be indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments. If plaintiff does not submit a certified six-month inmate account statement, I will assume that he wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Clifford Schuett may have until October 13, 2014 to submit a certified trust fund account statement for the period beginning approximately March 12, 2014 and ending approximately September 12, 2014.  If, by October 13, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 23rd day of September, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge