IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLIFFORD SCHUETT,

      Plaintiff,                                JUDGMENT IN A CIVIL CASE

      v.                                      Case No. 14-cv-637-wmc

ATTORNEY GENERAL and HUMAN
RESOURCES DEPT. DIRECTOR,

      Defendants.

      This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 11/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |